IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JACOB RHODES, a minor, by and through his parent DIANA RAY MOORE<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN WALLACE and HENDERSON COUNTY BOARD OF EDUCATION,<br><br>Defendants. | No. 1:04-1191-JDT-sta |

**FILED**
JUL 1 2 2005
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

### ORDER PERMITTING WITHDRAWAL OF COUNSEL

Jason B. Rudd and Jon A. York, attorneys for Defendant Susan Wallace, have moved the Court to permit them to withdraw as counsel in this action. Defendant Susan Wallace consents to this withdrawal. Counsel for the Plaintiffs and Co-Defendant do not object to the withdrawal and Defendant Susan Wallace is currently, and will continue to be, represented by other counsel in this matter. Furthermore, withdrawal from this case by Attorneys Jason B. Rudd and Jon A. York will not prejudice the parties and will not cause any delay in this matter. Accordingly, Attorneys Jason B. Rudd and Jon A. York's motion to withdraw as counsel in this matter is GRANTED.

IT IS SO ORDERED.

_____
JUDGE
DATE: 11 July 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___7/12/05___



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 1:04-CV-01191 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Larry L. Crain
BRENTWOOD LAW OFFICES
5214 Maryland Way
Ste. 402
Brentwood, TN 37027

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Jason B. Rudd
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Kenny Cavness
Henderson County Courthouse
Lexington, TN 38351

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Honorable James Todd
US DISTRICT COURT