IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JACOB RHODES, a minor, ) | |
| by and through his parent ) | |
| DIANA RAY MOORE, and ) | |
| DIANA RAY MOORE, Individually, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | NO. 04-1191-T |
| ) | |
| SUSAN WALLACE, Individually, and ) | |
| HENDERSON COUNTY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendants. ) | |

ORDER OF RECUSAL OF MAGISTRATE JUDGE S. THOMAS ANDERSON

Pursuant to 28 U.S.C. § 455, the undersigned hereby recuses himself, *sua sponte*, from all proceedings in the above-captioned case.

The Clerk is directed to take the appropriate action to reassign the magistrate designation for this case to Magistrate Judge Tu M. Pham for all pending and future references.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 21, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/22/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 1:04-CV-01191 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Jonathan David Stewart
RAINEY KIZER BUTLER REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

Kenny Cavness
Henderson County Courthouse
Lexington, TN 38351

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Larry L. Crain
BRENTWOOD LAW OFFICES
5214 Maryland Way
Ste. 402
Brentwood, TN 37027

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Honorable James Todd
US DISTRICT COURT