IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___ GE___ D.C.

05 DEC -7 PM 2: 19

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

---

JACOB RHODES, a minor, by and through
his parent, DIANA RAY MOORE, and
DIANA RAY MOORE, Individually,

    Plaintiffs,

vs.

SUSAN WALLACE, Individually, and
HENDERSON COUNTY BOARD OF
EDUCATION,

    Defendants.

No. 01-04-1191 T/
JURY DEMANDED

---

## ) ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to the Plaintiffs' Motion for Leave to File Amended Complaint and Memorandum in support thereof, this Court finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the Plaintiffs' Motion for Leave to File Amended Complaint is granted, allowing the Plaintiffs to file an Amended Complaint in this matter.

IT IS SO ORDERED.

ENTER this the  7  day of  December , 2005.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-7-05 

69

APPROVED FOR ENTRY:

SPRAGINS, BARNETT, COBB & BUTLER, PLC

By: _____
LEWIS L. COBB #005369
J. BRANDON McWHERTER #21600
CLINTON H. SCOTT #23008
Attorney for Plaintiffs
P.O. Box 2004, 312 East Lafayette Street
Jackson, TN 38302
(731) 424-0461

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed, by U.S. mail, postage prepaid, to the following on this the 31 day of August, 2005:

Charles M. Purcell, Esq.
Jennifer Craig, Esq.
WALDROP & HALL, P.A.
106 South Liberty Street
Jackson, TN 38302-0726

Larry Crain, Esq.
LAW OFFICE OF BRENTWOOD
5214 Maryland Way, Suite 402
Brentwood, TN 37027

Rusty Reviere, Esq.
RAINEY, KIZER, REVIERE & BELL
105 S. Highland
Jackson, TN 38301

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 1:04-CV-01191 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

Jonathan David Stewart
RAINEY KIZER BUTLER REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Kenny Cavness
Henderson County Courthouse
Lexington, TN 38351

Larry L. Crain
BRENTWOOD LAW OFFICES
5214 Maryland Way
Ste. 402
Brentwood, TN 37027

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Honorable James Todd
US DISTRICT COURT