FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

05 DEC -7 PM 2: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JACOB RHODES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 1:04-1191 T/P |
| ) | |
| SUSAN WALLACE, HENDERSON ) | |
| COUNTY BOARD OF EDUCATION, ) | |
| ) | |
| Defendants. ) | |

**ORDER DENYING DEFENDANT SUSAN WALLACE'S MOTION TO QUASH NOTICE TO TAKE DEPOSITION OF SUSAN WALLACE**

Before the court is defendant Susan Wallace's Motion to Quash Notice to Take Deposition of Susan Wallace, filed October 14, 2005 (dkt #54). Plaintiff filed his response on November 2, 2005.[1] On November 21, 2005, the court held a hearing on this motion. Counsel for all parties were present and heard. The court, having fully considered the arguments of counsel and the memoranda of law, DENIES defendant's motion to quash. On September 8, 2005, the court denied Wallace's motion for protective order staying discovery until sometime after the conclusion of her parallel

---

[1] Plaintiff Bryan Mooney, in a related case (civ. no. 1:04-1190 T/P), also filed an identical response in opposition to the motion to quash, although it does not appear from the record that Wallace filed a motion to quash in the Mooney case. However, because Wallace is a defendant in four other related cases, this order applies to discovery of Wallace in those related cases.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-6-05

70

criminal case. This court finds that any further stay, including a further delay of Wallace's deposition, may prejudice the plaintiffs in prosecuting their cases (which were filed in July 2004). The grounds for a further stay of Wallace's deposition, cited in her motion and raised at the November 21 hearing, are not well taken and do not justify a continued delay of her deposition.

IT IS SO ORDERED.

*/s/ Tu M. Pham*
TU M. PHAM
United States Magistrate Judge

December 7, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 1:04-CV-01191 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Kenny Cavness
Henderson County Courthouse
Lexington, TN 38351

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Larry L. Crain
BRENTWOOD LAW OFFICES
5214 Maryland Way
Ste. 402
Brentwood, TN 37027

Jonathan David Stewart
RAINEY KIZER BUTLER REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT