IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| BRYAN SAMUEL MOONEY, a minor, by and through his parent LISA MOONEY, and LISA MOONEY, ) ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | Civ. No. 04-1190-T/P |
| SUSAN WALLACE, and HENDERSON COUNTY BOARD OF EDUCATION, ) ) | |
| Defendants. ) | |
| JACOB RHODES, a minor, by and through his parent DIANA RAY MOORE, and DIANA RAY MOORE, ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | Civ. No. 04-1191-T/P |
| SUSAN WALLACE, and HENDERSON COUNTY BOARD OF EDUCATION, ) ) | |
| Defendants. ) | |

## ORDER DENYING AS MOOT PLAINTIFFS' MOTION
## FOR AN ORDER COMPELLING DISCOVERY

Before the court is Plaintiffs' Motion for an Order Compelling Discovery, filed August 5, 2005 (dkt #43 in 04-1190-T/P and dkt #44 in #04-1191-T/P). On December 19, 2005, the court held a telephonic status conference with the parties. At that time, the



parties informed the court that they have resolved the issues raised in the motion. Specifically, since the filing of the motion, defendant Susan Wallace has responded to the outstanding discovery requests. Thus, the motion is DENIED as moot. Plaintiffs reserve their right to file additional motions to compel after they have reviewed Wallace's discovery responses.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

December 20, 2005
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 1:04-CV-01191 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Jonathan David Stewart
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Kenny Cavness
Henderson County Courthouse
Lexington, TN 38351

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Larry L. Crain
BRENTWOOD LAW OFFICES
5214 Maryland Way
Ste. 402
Brentwood, TN 37027

Honorable James Todd
US DISTRICT COURT